*February 13, 1945.*

JOHNSON, Appellant, vs. CAMERON and another, Respondents.

For the appellant: *Hale & Skemp* of La Crosse.
For the respondents: *Gordon, Law, Brody, Johns & Roraff* of La Crosse.

*By the Court.*—Judgment affirmed.

JUERGENS, Respondent, vs. RITTER, Appellant.

For the appellant: *Patrick J. McCaffrey* of Milwaukee.
For the respondent: *Friedrich & Hackbarth,* attorneys, and *Walter Schinz, Jr.,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

SCHMITT LUMBER COMPANY, Appellant, vs. HARNISCHFEGER CORPORATION, Respondent.

For the appellant: *Bert L. Larkin* of Two Rivers, attorney, and *John L. Schlatterer* of Milwaukee of counsel.
For the respondent: *Lines, Spooner & Quarles,* attorneys, and *Maxwell H. Herriott* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.